HAGGERTY and TEEL *vs.* NIXON and wife.

Land purchased and owned by a debtor, but the title to which was taken in the name of his wife to prevent his creditors from subjecting it to the payment of their claims against him, was levied upon and sold under an execution issued upon a judgment against the debtor, (the judgment creditor and a general creditor, who had not established his debt at law, becoming the purchasers.) No title having passed by the sheriff's sale, the judgment creditor's debt, on bill filed for that purpose by both creditors, was charged on the property. The general creditor is entitled to no relief.

On final hearing, on pleadings and proofs.

*Mr. B. C. Frost*, for complainants.

THE CHANCELLOR.

This is a creditors' bill, filed by two of the creditors of Robert Nixon, against him and his wife, to subject certain real estate, in Warren county, to the payment of their respective debts. Mr. Haggerty, one of the complainants, has established his debt at law. Mr. Teel has not established his. The former caused execution to be issued on his judgment, and the sheriff sold the land under it to the complainants. There can be no doubt, that Nixon himself purchased

the property in question, and that he has been the owner of it ever since. He took the deed in the name of his wife, to prevent his creditors from subjecting the property to the payment of their claims against him. The legal title was never in him. No title, therefore, passed by the sheriff's sale. Haggerty is entitled to relief. His debt will be charged on the property. Teel is entitled to no relief.